# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 16-6707 MRW | Date | September 13, 2016 |
|---|---|---|---|
| Title | Capps v. Safariland | | |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**   ORDER RE: NOTICE OF DISMISSAL

   Defendant filed a notice of voluntary dismissal in this action. (Docket # 9.) This action is dismissed in its entirety.